UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

_____

No. 20-1411

_____

UNITED STATES OF AMERICA

v.

JAMES E. MURPHY, a/k/a JIMMY MURPHY,

a/k/a BLACK,

Appellant

(M.D.Pa. No. 1-08-cr-00433-001)

Before: AMBRO, BIBAS, and ROTH, <u>Circuit Judges</u>

**ORDER AMENDING OPINION**

The precedential opinion entered in this case on May 27, 2021 is hereby amended as follows:

- Page 9, the first full sentence should read: "In *Easter* we interpreted this language to mean that the First Step Act does not . . . ."
- Page 10, n.6, the last citation sentence should read: "*See United States v. Royal*, 731 F.3d 333, 342 (4th Cir. 2013)."

By the Court:


s/ Thomas L. Ambro
Circuit Judge

Dated: August 4, 2021
cc: All Counsel of Record